Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

Counsel for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEX WOODS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERVE GROUP, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 5:24-cv-04909-PCP-NMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING PLEADING AND CASE MANAGEMENT DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiff Alex Woods ("Plaintiff") and Defendant Verve Group, Inc. ("Defendant"), by and through their respective counsel (collectively, "the Parties"), submit this stipulated request for an order changing pleading and case management deadlines. The Parties stipulate as follows, subject to Court approval:

WHEREAS, Plaintiff served Defendant on August 28, 2024 via Defendant's registered agent;

WHEREAS, on August 29, 2024, Defendant requested—and Plaintiff agreed to grant—a forty-five (45) day extension of Defendant's deadline to move, answer, or otherwise respond to Plaintiff's complaint to November 4, 2024;

WHEREAS, Defendant alleges that Plaintiff filed this lawsuit against and served the wrong entity;

WHEREAS, the Parties have stipulated, subject to the Court's approval, to set a deadline of November 14, 2024 for Plaintiff to file an amended complaint; to set a deadline of December 12, 2024 for Defendant and/or any other defendant(s) named in the amended complaint to answer, move, or otherwise respond to the Complaint; and to extend all case management deadlines by ten (10) weeks;

WHEREAS, the Parties believe an extension of time would both serve judicial economy and conserve the resources of the Parties;

WHEREAS, the only extension of time sought in this case to date was Defendant's initial request for an additional forty-five (45) days to respond to the original complaint;

WHEREAS, good cause exists for an extension while the Parties address the issues raised by Defendant and to allow Plaintiff time to amend his complaint;

WHEREAS, Defendant and its counsel are only specially appearing for the limited purpose of submitting this Stipulation and addressing the issues it has raised regarding its contentions that Plaintiff filed this lawsuit against and served the wrong entity; and

WHEREAS, the Parties enter into this Stipulation without waiving any of their rights, claims or defenses, including without limitation to any challenge to service, jurisdiction and/or venue.

**NOW THEREFORE**, the Parties jointly stipulate and agree, subject to Court approval, to the following dates and deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Deadline to Amend Complaint | N/A | 11/14/2024 |
| Defendant's Deadline to Respond to Complaint | 11/4/2024 | 12/12/2024 |
| Parties' Deadline to File ADR Certification | 10/24/2024 | 1/2/2025 |
| Parties' Deadline to File Certification of Conflicts and Interested Entities or Persons | 10/24/2024 | 1/2/2025 |
| Parties' Deadline to Meet and Confer re: Initial Disclosures, Early Settlement, ADR Process Selection, and Discovery Plan. | 10/24/2024 | 1/2/2025 |
| Parties' Deadline to File Joint Case Management Statement | 10/31/2024 | 1/9/2025 |
| Initial Case Management Conference | 11/4/2024 at 1:00 PM | 1/13/2025 at 1:00 PM |
| Parties' Deadline to Exchange Initial Disclosures | 11/6/2024 | 1/15/2025 |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: | October 24, 2024 | /s/ *Jared Lucky* |
| | | Jared Lucky (SBN 354413) |
| | | jlucky@edelson.com |
| | | EDELSON PC |
| | | 150 California Street, 18th Floor |
| | | San Francisco, California 94111 |
| | | Tel: 415.907.6645 |
| | | Fax: 415.373.9435 |
| | | |
| | | *Counsel for Plaintiff and the Putative Class* |
| | | |
| Dated: | October 24, 2024 | DAVIS+GILBERT LLP |
| | | |
| | | /s/ *Marc J. Rahman* |
| | | Marc J. Rachman* |
| | | |
| | | Lead Counsel for Defendant |
| | | VERVE GROUP, INC. |
| | | |
| | | *Pro hac vice admission to be sought |

**CERTIFICATION**

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated:  October 24, 2024  /s/