Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

Counsel for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ALEX WOODS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

VERVE GROUP, INC., a Delaware corporation,

*Defendant.*

Case No. 5:24-cv-04909-PCP

**MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER FOR THE PURPOSES OF INTERNATIONAL SERVICE**

**Hearing Date:**
**Time:**
**Judge:** Hon. P. Casey Pitts
**Magistrate Judge:** Hon. Nathanael M. Cousins
**Place:** Courtroom 8, 4th Floor (via Zoom Webinar)

## I. INTRODUCTION

Plaintiff seeks to serve his amended complaint and necessary case initiation documents on Defendant Verve Group Europe GmbH, which is located in Germany and requires service through Germany's Central Authority, pursuant to the rules of the Hague Convention. Pursuant to Fed. R. Civ. P. 4(c)(3), Plaintiff requests the appointment of a Special Process Server to transmit the documents to the appropriate Central Authority in Germany as authorized under that international treaty.

WHEREFORE, Plaintiff moves the Court for an Order appointing MARIELA SANCHEZ and agents of Ancillary Legal Corporation, who are not interested persons or parties to the suit, are citizens of the United States and over 18 years of age, to submit the Summons in a Civil Action with Proof of Service, First Amended Class Action Complaint for Violation of Cal. Penal Code 638.51, Violation of Cal. Penal Code 502, and Demand for Jury Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Judge P. Casey Pitts - Standing Order Regarding Discovery Disputes Not Referred to the Magistrate Judge, Judge P. Casey Pitts - Standing Order for Civil Cases, Civil Standing Order - Magistrate Judge Nathanael M. Cousins, Settlement Conference Standing Order - Magistrate Judge Nathanael M. Cousins, Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement, Civil Local Rules, Joint Case Management Statement and Proposed Order, ECF Registration Information, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of Summons, Notice of Assignment of Case to a United States Magistrate Judge for Trial with Consent or Declination to Magistrate Judge Jurisdiction Document, and ADR Certification by Parties and Counsel and the translations of these documents to the Central Authority under the Hague Convention. *See* Exhibit 1, Affidavit of Mariela Sanchez.

Respectfully Submitted,

**ALEX WOODS**, individually and on behalf of all others similarly situated,

Dated: December 1, 2024

By: /s/ Jared Lucky
*One of Plaintiff's Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice admission to be sought*

*Counsel for Plaintiff and the Putative Class*