1  Marc J. Rachman (admitted *pro hac vice*)
   mrachman@dglaw.com
2  Sarah Benowich (admitted *pro hac vice*)
   sbenowich@dglae.com
3  Zachary Karram (admitted *pro hac vice*)
   zkarram@dglaw.com
4  **DAVIS+GILBERT LLP**
5  1675 Broadway
   New York, NY 10019
6  Telephone: 212-468-4800

7  Christopher T. Holland (SBN 164053)
8  CHolland@HollandLawLLP.com
   Clark A. Waldon (SBN 312696)
9  CWaldon@HollandLawLLP.com
   **HOLLAND LAW LLP**
10 220 Montgomery Street, Suite 800
   San Francisco, CA 94104
11 Telephone: (415) 200-4980
   Fax: (415) 200-4989
12

13 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEX WOODS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERVE GROUP EUROPE GMBH, a German limited liability company; and VERVE GROUP, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 5:24-cv-04909-PCP-NMC<br><br>**DEFENDANTS' STATEMENT OF NONOPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER FOR THE PURPOSES OF INTERNATIONAL SERVICE**<br><br>**Hearing Date:** January 9, 2025<br>**Time:** 10:00 AM<br>**Judge:** Hon. P. Casey Pitts<br>**Magistrate Judge:** Hon. Nathanael M. Cousins<br>**Place**: San Jose, Courtroom 8, 4th Floor |

Pursuant to Civil Local Rule 7-3(b), Defendants Verve Group Europe GMBH ("VGE") and Verve Group, Inc. ("VGI") (collectively, "Defendants"), by and through their respective counsel, submit this Statement of Nonopposition advising the Court that Defendants do not oppose Plaintiff's Motion for Appointment of a Special Process Server for the Purpose of International Service filed on December 1, 2024 (Dkt. No. 22).

As stated in the parties' Stipulated Request filed on December 6, 2024 (Dkt. No. 24), Defendants and their counsel are only specially appearing for the limited purpose of filing this Statement of Nonopposition and do not waive any of their rights, claims, or defenses, including without limitation to any challenge to service, jurisdiction, and/or venue.

Dated: December 12, 2024        /s/ *Clark A. Waldon*

Clark A. Waldon (SBN 312696)
CWaldon@HollandLawLLP.com

Christopher T. Holland (SBN 164053)
CHolland@HollandLawLLP.com
**HOLLAND LAW LLP**
220 Montgomery Street, Suite 800
San Francisco, California 94104

Marc J. Rachman (admitted *pro hac vice*)
mrachman@dglaw.com
Sarah Benowich (admitted *pro hac vice*)
sbenowich@dglae.com
Zachary Karram (admitted *pro hac vice*)
zkarram@dglaw.com
**DAVIS+GILBERT LLP**
1675 Broadway
New York, NY 10019
Telephone: 212-468-4800

*Counsel for Defendants*
VERVE GROUP EUROPE GMBH
VERVE GROUP, INC.