Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

Counsel for Plaintiff and the Putative Class




Dated: December 13, 2024

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ALEX WOODS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

VERVE GROUP, INC., a Delaware corporation,

*Defendant.*

Case No. 5:24-cv-04909-PCP

**MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER FOR THE PURPOSES OF INTERNATIONAL SERVICE**

**Hearing Date:**
**Time:**
**Judge:** Hon. P. Casey Pitts
**Magistrate Judge:** Hon. Nathanael M. Cousins
**Place:** Courtroom 8, 4th Floor (via Zoom Webinar)

## I. INTRODUCTION

Plaintiff seeks to serve his amended complaint and necessary case initiation documents on Defendant Verve Group Europe GmbH, which is located in Germany and requires service through Germany's Central Authority, pursuant to the rules of the Hague Convention. Pursuant to Fed. R. Civ. P. 4(c)(3), Plaintiff requests the appointment of a Special Process Server to transmit the documents to the appropriate Central Authority in Germany as authorized under that international treaty.

WHEREFORE, Plaintiff moves the Court for an Order appointing MARIELA SANCHEZ and agents of Ancillary Legal Corporation, who are not interested persons or parties to the suit, are citizens of the United States and over 18 years of age, to submit the Summons in a Civil Action with Proof of Service, First Amended Class Action Complaint for Violation of Cal. Penal Code 638.51, Violation of Cal. Penal Code 502, and Demand for Jury Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Judge P. Casey Pitts - Standing Order Regarding Discovery Disputes Not Referred to the Magistrate Judge, Judge P. Casey Pitts - Standing Order for Civil Cases, Civil Standing Order - Magistrate Judge Nathanael M. Cousins, Settlement Conference Standing Order - Magistrate Judge Nathanael M. Cousins, Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement, Civil Local Rules, Joint Case Management Statement and Proposed Order, ECF Registration Information, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of Summons, Notice of Assignment of Case to a United States Magistrate Judge for Trial with Consent or Declination to Magistrate Judge Jurisdiction Document, and ADR Certification by Parties and Counsel and the translations of these documents to the Central Authority under the Hague Convention. *See* Exhibit 1, Affidavit of Mariela Sanchez.

Respectfully Submitted,

**ALEX WOODS**, individually and on behalf of all others similarly situated,

Dated: December 1, 2024

By: /s/ Jared Lucky
*One of Plaintiff's Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice admission to be sought*

*Counsel for Plaintiff and the Putative Class*

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALEX WOODS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>VERVE GROUP EUROPE GMBH, a German limited liability company; and VERVE GROUP, INC., a Delaware corporation,<br><br>*Defendants.* | Case No.: 5:24-cv-04909-PCP |

**AFFIDAVIT TO SPECIALLY APPOINT MARIELA SANCHEZ TO SERVE PROCESS IN ACCORDANCE WITH THE HAGUE CONVENTION**

STATE OF GEORGIA
COUNTY OF DEKALB

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, MARIELA SANCHEZ, who after first being duly sworn, states:

1. My name is MARIELA SANCHEZ, and I am competent in all respects to testify regarding the matters set forth herein. This Affidavit is given voluntarily in support of plaintiff's Motion for Special Appointment of a Process Server.

2. I am an international paralegal for Ancillary Legal Corporation, a company that has 15 years of experience in serving international process pursuant to all existing international treaties to which the United States is a party, by letters rogatory, the Foreign Sovereigns Immunities Act, as well as by private international process server and by United States International Mail.

3. I am a citizen of the United States, a non-party to this action, and am not related by employment or otherwise to plaintiff or plaintiff's attorneys or to defendants in the above case. I am not a felon and am willing to be appointed to serve international process in this action.

4. The defendant Verve Group Europe GmbH currently operates in Germany. Germany and the United States are both parties to the *Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, 20 UST 361, 658 U.N.T.S. 163 T.I.A.S.* #10072 (hereinafter referred to as "the Hague Treaty").

5. Service of process may be made by a plaintiff in a U.S. Court action upon a defendants located in Germany under the Hague Treaty. Each German State has its own Local Authority under the Hague Treaty which handles submittals under its governance. After a thorough review of the documentation by a lawyer in the Ministry which can take 4 to 8 weeks, they are sent to a Court where the defendant is located, where they are reviewed and handled under the judicial rules of that section of Germany. They are then given to an official (similar to a sheriff's deputy) for service. Then the proof of service returns to the United States following the same route, being reviewed and logged in at every station. Local rules for handling these documents vary widely with the Court or district. This procedure takes several months.

6. Germany has filed a declaration to The Hague Treaty that would prohibit service of documents to be made by any method other than through the appropriate German Central Authority. Even though most Hague treaty nations accept requests for service from anyone authorized to serve process, Germany requires that Requests come from a person appointed by the Court for that purpose.

7. Affiant, and agents of Ancillary Legal Corporation are willing to accept an appointment to submit the Summons in a Civil Action with Proof of Service, First Amended Class Action Complaint for Violation of Cal. Penal Code 638.51, Violation of Cal. Penal Code 502, and Demand for Jury Trial, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, Judge P. Casey Pitts - Standing Order Regarding Discovery Disputes Not Referred to the Magistrate Judge, Judge P. Casey Pitts - Standing Order for Civil Cases, Civil Standing Order - Magistrate Judge Nathanael M. Cousins, Settlement Conference Standing Order - Magistrate Judge Nathanael M. Cousins, Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement, Civil Local Rules, Joint Case Management Statement and Proposed Order, ECF Registration Information, Notice of a Lawsuit and Request to Waive Service of a Summons, Waiver of the Service of Summons, Notice of Assignment of Case to a United States Magistrate Judge for Trial with Consent or Declination to Magistrate Judge Jurisdiction Document, and ADR Certification by Parties and Counsel and other necessary documents, and the translations of these documents together with a copy of this Court's Order to the proper Central Authority in Germany for service under the Hague Convention.

_______________________________

**Mariela Sanchez, International Paralegal**
Ancillary Legal Corporation
2900 Chamblee Tucker Rd. Bldg. 13
Atlanta, GA, 30341

Sworn to and subscribed before me
This 22nd day of November 2024

_______________________________
Notary Public
My commission expires: 12/26/27

Patrick F White
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
My Commission Expires 12/26/2027