Marc J. Rachman (admitted *pro hac vice*)
mrachman@dglaw.com
Zachary Karram (admitted *pro hac vice*)
zkarram@dglaw.com
Charlotte McCary (admitted *pro hac vice*)
cmccary@dglaw.com
**DAVIS+GILBERT LLP**
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Fax: (212) 468-4888

Christopher T. Holland (SBN 164053)
CHolland@HollandLawLLP.com
Clark A. Waldon (SBN 312696)
CWaldon@HollandLawLLP.com
**HOLLAND LAW LLP**
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Defendant Verve Group Europe GMBH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEX WOODS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>VERVE GROUP EUROPE GMBH, a German limited liability company,<br><br>        Defendant. | Case No.: 5:24-cv-04909-NW<br><br>[PROPOSED] **ORDER STAYING THE INITIATION OF ARBITRATION PENDING RESOLUTION OF APPEAL IN** *ATKINS V. AMPLITUDE, INC.* |

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY
CASE NO.: 5:24-cv-04909-NW

Pending before the Court is a Stipulated Request for Order to Stay the Initiation of Arbitration Pending Resolution of Appeal in *Atkins v. Amplitude, Inc.* ("Stipulated Request") filed by Plaintiff Alex Woods ("Plaintiff") and Defendant Verve Group Europe GMBH ("VGE").  Having reviewed the Stipulated Request, the Stipulated Request is hereby **GRANTED** as follows:

1.  The initiation of an arbitration shall be stayed pending the resolution of the Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) currently pending in *Atkins v. Amplitude, Inc.*, No. 3:24-cv-04913-RFL, ECF No. 49 (N.D. Cal.) ("*Atkins* Motion"), and, if the *Atkins* Motion is granted, pending resolution of the subsequent appeal;

2.  If the *Atkins* Motion is denied, the stay in the case on the initiation of arbitration shall be lifted;

3.  Plaintiff's Motion (Dkt. 55) is withdrawn; and

4.  All of the Parties' arguments and objections that could have been made in connection with Plaintiff's Motion, VGE's opposition brief, or Plaintiff's reply brief as of February 4, 2026 are expressly preserved without waiver.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 19, 2026

HON. NOËL WISE
United States District Judge

1
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY
CASE NO.: 5:24-cv-04909-NW