Mickey Terlep (SBN 367340)
mterlep@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ALEX WOODS, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

VERVE GROUP EUROPE GMBH, a German limited liability company,

*Defendant*.

Case No. 5:24-cv-04909-NW

**NOTICE OF DISMISSAL WITH PREJUDICE**

**Judge:** Hon. Noël Wise

Plaintiff Alex Woods ("Plaintiff") hereby files this notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing with prejudice all of Plaintiff's individual claims asserted against Defendant Verve Group Europe GMBH in this action. Each party will bear its own attorneys' fees and costs. The dismissal of Plaintiff's individual claims has no effect on the claims of any absent putative class members.

Dated: June 3, 2026

Respectfully submitted,

**ALEX WOODS,** individually and on behalf of all others similarly situated,

By: */s/ Mickey Terlep*
*One of Plaintiff's Attorneys*

Mickey Terlep (SBN 367340)
mterlep@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*